| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHERMER, BARRY S. | US BANKRUPTCY COURT ED MO | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

111 South Tenth Street
Fifth Floor North
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Park Tower Condominium Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. May 2011 | Washington University School of Law: compensation for teaching | $1,500.00 |
| 2. Dec 2011 | Washington University School of Law: compensation for teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Assoc. of Bankruptcy Trustees | March 24-26, 2011 | Santa Monica, CA | Education Program | transportation, housing, meals |
| 2. | Nat'l Conf of Bankruptcy Judge | April 4-5, 2011 | Palm Desert, CA | Education Program | transportation, housing, meals |
| 3. | Columbus Bar Association | May 12-13, 2011 | Columbus, OH | Education Program | transportation, housing, meals |
| 4. | American Bankruptcy Institute | September 15-16, 2011 | Kansas City, MO | Education Program | transportation, housing, meals |
| 5. | Nat'l Assoc. of Bankruptcy Trustees | September 21-24, 2011 | Amelia Island, FL | Education Program | transportation, housing, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SCHERMER, BARRY S. | 05/01/2012 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 6. | Nat'l Conference of Bankruptcy Judges | October 11-14, 2011 | Tampa, FL | Education Program | transportation, housing, meals |
| 7. | Flordia Bar Association | November 2-3, 2011 | Tampa & Miami, FL | Education Program | transporation, housing, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **SCHERMER, BARRY S.** | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Common | B | Div | K | T | | | | | |
| 2. Bank of America Ch Acct. | A | Int | J | T | | | | | |
| 3. Reinsurance Group, Inc. | A | Div | K | T | | | | | |
| 4. Northern European Royalty Trust | C | Dividend | L | T | | | | | |
| 5. VanGuard Prime Money Market Fund | A | Dividend | M | T | | | | | |
| 6. Cardinal Financial | | None | J | T | | | | | |
| 7. Sirus Corp. | | None | K | T | | | | | |
| 8. ING Direct (Bank) | B | Interest | M | T | | | | | |
| 9. Met Life Bank | A | Interest | L | T | | | | | |
| 10. Emigrant Direct | A | Interest | L | T | | | | | |
| 11. Trust #1 | | | | | Closed | | | | |
| 12. Ford Motor Company Notes | A | Interest | | | Sold | 01/05/11 | J | A | public sale |
| 13. SLM Corp. Notes | A | Interest | | | Sold | 01/05/11 | K | A | public sale |
| 14. John Hancock Life Insurance Co. Note | B | Interest | | | Sold | 01/05/11 | L | A | public sale |
| 15. Mesa AZ Util Bond | A | Dividend | | | Sold | 01/05/11 | K | A | public sale |
| 16. AZ School Facs Brd Bond | A | Dividend | | | Sold | 01/05/11 | K | A | public sale |
| 17. Brentwood Missouri Trans Bond | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Florissant Missouri Bond | A | Dividend | | | Sold | 01/05/11 | J | A | public sale |
| 19. Puerto Rico Hwy. Bond | A | Dividend | | | Sold | 01/05/11 | K | A | public sale |
| 20. Brentwood Missouri Tax Bond | A | Dividend | J | T | | | | | |
| 21. Brentwood Missouri Tax Increment Bond | B | Dividend | K | T | | | | | |
| 22. California State Bond | B | Dividend | K | T | | | | | |
| 23. Discover Bank Note | B | Interest | | | Sold | 01/05/11 | K | A | public sale |
| 24. M&I Marshall Ilsley CD | B | Interest | K | T | | | | | |
| 25. M&I Bank FSB CD | B | Interest | | | Sold | 01/05/11 | L | A | public sale |
| 26. Southwest Bank CD | B | Interest | | | Sold | 01/05/11 | L | A | public sale |
| 27. Nuveen Multi Currency Bond | A | Interest | J | T | | | | | |
| 28. Bank of America Bond | B | Interest | | | Sold | 01/05/11 | K | A | public sale |
| 29. Barclays Bank PLC Bond | A | Interest | J | T | | | | | |
| 30. Deutche Bank Bond | A | Interest | | | Sold | 01/05/11 | J | A | public sale |
| 31. HSBC Holding PLC Bond | B | Interest | | | Sold | 01/05/11 | K | A | public sale |
| 32. Claymore Securities Delta Canadian Note | B | Interest | | | Sold | 01/05/11 | K | A | public sale |
| 33. Federate Tax Free Obli Fund | C | Interest | | | Sold | 01/05/11 | M | A | public sale |
| 34. Trust #2 | | | | | Closed | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard High Yield Tax Exempt Bond | A | Interest | K | T | | | | | |
| 36. Vanguard Inter-Term Tax Excempt Bond | A | Interest | K | T | | | | | |
| 37. Vanguard Prime Cap Core Fund | A | Interest | J | T | | | | | |
| 38. Bristol Meyers Squibb Common | A | Dividend | J | T | | | | | |
| 39. CH Energy Group Common | A | Dividend | K | T | | | | | |
| 40. Coca Cola Company | A | Dividend | J | T | | | | | |
| 41. Commerce Bancshares | B | Dividend | | | Sold | 01/05/11 | K | A | public sale |
| 42. Kinder Morgan Mgmt. Common | A | Dividend | J | T | | | | | |
| 43. Lee Enterprises Common | A | Dividend | J | T | | | | | |
| 44. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 45. 3M Co. Common | A | Dividend | J | T | | | | | |
| 46. Plum Creek Timber Company Common | A | Dividend | J | T | | | | | |
| 47. Gilbert AZ Bond | B | Interest | | | Sold | 01/05/11 | K | A | public sale |
| 48. GE Cap Corp. Note | A | Interest | K | T | | | | | |
| 49. Vanguard Prime Money Mkt. Fund | A | Interest | M | T | | | | | |
| 50. Berkshire Hathaway | | None | J | T | Buy | 01/10/11 | J | | |
| 51. Central Vermont Public Service | A | Dividend | J | T | Buy | 01/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dell, Inc. | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 53. General Electric Co. | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 54. Honeywell Intl | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 55. Howard Hughes Corp. | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 56. IBM Corp. | B | Dividend | L | T | Buy | 01/10/11 | K | | |
| 57. Loews Corp. | A | Dividend | K | T | Buy | 01/10/11 | J | | |
| 58. MicroSoft Corp. | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 59. Nextera Energy, Inc. | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 60. Proctor & Gamble Co. | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 05/01/2012 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ BARRY S. SCHERMER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544